UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EDWARD TISDALE,

    Plaintiff,                                        Case No. 3:24-cv-256

vs.

COLLINS AEROSPACE,                  District Judge Michael J. Newman
                                                          Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

March 13, 2025                                              s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge